OLIVIA GARCIA
ROBERT J. BUFFIN
KATHLEEN C. SCHNEIDER
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5130/356-5157
Facsimile: (415) 356-5156



Attorneys for Applicant



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD, | ) | Civil No. CV 08 80041 |
| | ) | MISC VRW |
| Applicant, | ) | |
| | ) | PROOF OF SERVICE |
| v. | ) | |
| | ) | |
| OLGA MIRANDA, | ) | |
| | ) | |
| Respondent. | ) | |

I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated below, I served the Application for Order Requiring Obedience to Subpoena Duces Tecum and Subpoena Ad Testificandum; Memorandum in Support of Application for Order Requiring Obedience to Subpoena Ad Testificandum and Subpoena Duces Tecum; Order to Show Cause: and Findings of Fact and Conclusions of Law by hand delivery upon an individual over the age of eighteen at Olga Miranda's dwelling house or usual place of abode at: 1622 Oregon Street, Berkeley, CA 94703.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED AT San Francisco, California, this 26th day of March, 2008.


Cecily Vix