OLIVIA GARCIA
ROBERT J. BUFFIN
KATHLEEN C. SCHNEIDER
Region 20
901 Market Street, Suite 400
San Francisco, California 94103
Telephone: (415) 356-5130/356-5157
Facsimile: (415) 356-5156

FILED

APR -3 PM 3: 51

CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, )<br>)<br>Applicant, )<br>)<br>)<br>v. )<br>)<br>OLGA MIRANDA, )<br>)<br>Respondent. )<br>_____ ) | Civil No. CV 08 80041<br>MISC VRW<br><br>PROOF OF SERVICE |

    I, the undersigned employee of the National Labor Relations Board, being duly sworn, depose and say that on the date indicated below, I served the Order to Show Cause signed by Judge Walker by first-class mail by placing a copy of the Order to Show Cause in the mail to Olga Miranda at her last known address at 1622 Oregon Street, Berkeley, CA 94703.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED AT San Francisco, California, this 2nd day of April, 2008.

*Susie Louie*
Susie Louie