```
 1  OLIVIA GARCIA
    ROBERT J. BUFFIN
 2  MICAH BERUL
    KATHLEEN C. SCHNEIDER
 3  Region 20
    901 Market Street, Suite 400
 4  San Francisco, California 94103
    Telephone: (415) 356-5130/356-5157
 5  Facsimile: (415) 356-5156

 6  Attorneys for Applicant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, )<br>)<br>  Applicant, )<br>)<br>)<br>  vs. )<br>)<br>)<br>)<br>OLGA MIRANDA, )<br>)<br>  Respondent. )<br>)<br>)<br>)<br>_____ ) | Civil No.: Civ Misc 08-80041 VRW<br><br>NOTICE OF MOTION AND MOTION OF NATIONAL LABOR RELATIONS BOARD FOR DEFAULT JUDGMENT REQUIRING OBEDIENCE TO INVESTIGATIVE SUBPOENAS<br><br>Date of Hearing: June 12, 2008<br><br>Time of Hearing: 2:30 p.m.<br><br>Courtroom 6 |

The National Labor Relations Board ("Board") respectfully applies to this Court, pursuant to Rule 55, Red. R. Civ. P., for a default judgment against Olga Miranda ("Miranda"), requiring her to obey an administrative subpoena issued by the Board in connection with an investigation to determine whether Service Employees International Union, Local 87, of which Miranda was the president at the time in question, committed certain unfair labor practices. In support thereof, the Board shows as follows;

    1.    On March 24, 2008, the Board filed its Application for Order Requiring Obedience to Subpoena Ad Testificandum No. A-805414 and Subpoena Duces Tecum No. B-556219 requesting that this Court require Miranda to obey the investigative subpoenas issued to her by the Board.

2. On March 31, 2008, the Court issued an Order to Show Cause requiring Miranda to file her response to the Board's application on or before April 14, 2008.

3. Miranda has not responded to the Board's application. Accordingly, a default judgment under Rule 55 is appropriate. A proposed order is submitted herewith for the Court's consideration.

DATED AT San Francisco, California, this 9th day of May, 2008.

Respectfully submitted,

NATIONAL LABOR RELATIONS BOARD

Ronald E. Meisberg
General Counsel

Olivia Garcia
Regional Attorney for Region 20

Robert J. Buffin
Deputy Regional Attorney, Region 20

Micah Berul
Attorney for Applicant
National Labor Relations Board

*Kathleen C. Schneider /MB*
Kathleen C. Schneider
Attorney for Applicant
National Labor Relations Board

Default Judgment Requiring Obedience to Investigative Subpoenas
Page 2