| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | OLIVIA GARCIA<br>ROBERT J. BUFFIN<br>KATHLEEN C. SCHNEIDER<br>Region 20<br>901 Market Street, Suite 400<br>San Francisco, California 94103<br>Telephone: (415) 356-5130/356-5157<br>Facsimile: (415) 356-5156<br><br>Attorneys for Applicant |

**FILED**

MAY 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATIONAL LABOR RELATIONS BOARD, )
    Applicant,                                   )
                                            )
vs.                                        )
                                            )
OLGA MIRANDA,                    )
    Respondent.                            )

Civil No.: Civ Misc 08-80041 VRW

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO RULE 41(a) and PROOF OF
SERVICE

**IT IS SO ORDERED**

/s/ Vaughn R. Walker

VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

28 May 2008
DATE

To the above-named Respondent:

      PLEASE TAKE NOTICE, that inasmuch as no answer has been filed or served by Respondent in the above-entitled proceeding and, subsequent to the filing of the Application in this proceeding, the parties to the underlying unfair labor practice charge entered into a settlement agreement, a term of which was that the charging party would request that the unfair labor practice charge be withdrawn and, on May 22, 2008, the Regional Director for Region 20 approved the withdrawal of the underlying unfair labor practice charge, Applicant hereby

dismisses the above-entitled proceeding pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATED AT San Francisco, California, this 27th day of May, 2008.

NATIONAL LABOR RELATIONS BOARD

Ronald E. Meisberg
General Counsel

Olivia Garcia
Regional Attorney for Region 20

Robert J. Buffin
Deputy Regional Attorney for Region 20

_____
Kathleen C. Schneider
Attorney for Applicant
National Labor Relations Board